UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIU NGAI MA,

                Plaintiff,

      - against -

SONG WANG and
JIAN XIAO,

                Defendants.

**ORDER**

21 Civ. 6182 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The hearing, currently scheduled for today at 10:00 a.m. is adjourned to 11:00 a.m. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.

Dated: New York, New York
       August 18, 2021

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge