UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIU NGAI MA,

                Plaintiff,

      - against -

SONG WANG and
JIAN XIAO,

                Defendants.

**ORDER**

21 Civ. 6182 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Petitioner will submit supplemental briefing by August 25, 2021. Defendant's response is due September 1, 2021.

Dated:  New York, New York
          August 18, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge