UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIU NGAI MA,

                Plaintiff,

    - against -

SONG WANG and
JIAN XIAO,

                Defendants.

**ORDER**

21 Civ. 6182 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons discussed at today's hearing, Petitioner Hiu Ngai Ma's application for a preliminary injunction in aid of arbitration is denied. (Dkt. Nos. 1, 2) The August 3, 2021 Temporary Restraining Order (Dkt. No. 15) is vacated.

Dated:  New York, New York
         September 23, 2021

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge