UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

HUI NGAI MA,

                Petitioner,

    -against-

SONG WANG and JIAN XIAO,

                Defendants.

**ORDER**

21 Civ. 6182 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The briefing schedule for additional submissions regarding Petitioner's proposed motion to confirm the tribunal's interim award is as follows:

        Petitioner's submission is due by December 28, 2021;

        Defendants' opposition is due January 18, 2022;

        Petitioner's reply is due January 25, 2022.

Dated: New York, New York
        December 6, 2021

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge