UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

HIU NGAI MA,

                Petitioner,

      - against -

SONG WANG and JIAN XIAO,

                Defendants.

**ORDER**

21 Civ. 6182 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On December 27, 2021, this Court stayed Petitioner's motion for a writ of attachment (Dkt. No. 55) on consent, and directed the parties to submit a joint status letter every thirty days. (Dkt. No. 82) The parties' most recent status letter was submitted on March 28, 2022. (Dkt. No. 86) By August 4, 2022, and monthly thereafter, the parties shall submit a joint letter apprising the Court of the status of this case.

Dated: New York, New York
         July 27, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge