UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIU NGAI MA,

                Petitioner,

- against -

SONG WANG and JIAN XIAO,

                Defendants.

**ORDER**

21 Civ. 6182 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On December 27, 2021, this Court stayed Petitioner's motion for a writ of attachment (Dkt. No. 55) on consent, and directed the parties to submit a joint status letter every thirty days. (Dkt. No. 82) The parties' most recent status letter was submitted on July 29, 2022 (Dkt. No. 88), following this Court's order directing the parties to continue submitting such letters (Dkt. No. 87). By January 30, 2023, and monthly thereafter, the parties shall submit a joint letter apprising the Court of the status of this case.

Dated:  New York, New York
           December 29, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge