UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIU NGAI MA,

                Plaintiff,

      - against -

SONG WANG and
JIAN XIAO,

            Defendants.

**ORDER**

21 Civ. 6182 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On December 29, 2022, this Court issued an order directing the parties to submit a joint status letter every month. (December 29, 2022 Order (Dkt. No. 89); see also December 27, 2021 (Dkt. No. 82) (directing the parties to submit a joint status letter every thirty days)) The parties have not submitted any status letters since July 1, 2024. (Dkt. No. 101) By January 1, 2026, and monthly thereafter, the parties shall submit a joint letter apprising the Court of the status of this case.

Dated: New York, New York
       December 1, 2025

                              SO ORDERED.

                              Paul G. Gardephe
                              United States District Judge